FILED
SUPERIOR COURT
OF GUAM

2021 NOV 16 PM 3: 40

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **Criminal Case No. CM0194-21** |
| | GPD Report No. 20-30124 |
| v. | |
| | **DECISION AND ORDER** |
| **JESSE PUA VILLAGOMEZ, JR.,** | **DENYING DEFENDANT'S** |
| DOB: 09/29/1986 | **MOTION TO DISMISS** |
| | |
| Defendant. | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on September 28, 2021 for hearing on Defendant Jesse Pua Villagomez, Jr.'s ("Defendant's") Motion to Dismiss With Prejudice, for Lack of Probable Cause ("Motion"). Assistant Attorney General Steven Haderlie represents the People, and Alternate Public Defender Peter Santos represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **DENIES** Defendant's Motion.

## BACKGROUND

On June 14, 2021, Defendant was arrested and charged with Animal Cruelty in the Second Degree, Guilt Established by Complicity (as a Misdemeanor). Magistrate's Complaint (Jun. 21, 2021). The charge stems from an allegation that Defendant induced Daimeionne Greer to cause physical injury to a stray dog. Id. Defendant was videotaping Greer aiming a high-powered pellet rifle at a chicken before Greer turned the gun and instead shot a stray dog. Id. Defendant can be heard on video telling Greer to "wait" before shooting the dog so that he could zoom in on his camera. Id. Defendant than celebrated and excitedly shouted "It's a hit!" after the dog was shot. Id.

Decision and Order Denying Defendant's Motion to Dismiss
CM0194-21, *People of Guam v. Jesse Pua Villagomez, Jr.*
Page 1 of 3

On September 1, 2021, Defendant filed his Motion to Dismiss with Prejudice, for Lack of Probable Cause. Defendant argued that the simple act of filming does not constitute him inducing Greer to cause animal abuse. Motion at 3 (Sep. 1, 2021). Defendant argued he simply intended to record Greer hunt a chicken, and that Greer, on his own volition, decided to shoot the dog instead. Id. at 4. Defendant claims Greer made this decision without any inducement or aid from Defendant and that his failure to interject was not itself a crime. Id. at 4.

On September 28, 2021, the People filed their Opposition to Motion to Dismiss. However, since it was submitted after the September 15, 2021 opposition brief deadline, the Court will not consider it. *See* Notice of Motion (Sep. 1, 2021).

The Court held a hearing on September 28, 2021. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

Defendant was charged via Complicity under 9 G.C.A. § 4.60 which reads:

> A person is guilty of an offense if, with the intention of promoting or assisting in the commission of the offense, he induces or aids another person to commit the offense. If the definition of the offense includes lesser offense, the offense of which each person shall be guilty shall be determined according to his own culpable mental state and to those aggravating or mitigating factors which apply to him.

Determining whether Defendant induced Greer in committing the offense of Animal Cruelty in the Second Degree is a factual rather than legal issue. Therefore, it must be left to the jury to decide. *Dimick v. Schiedt*, 293 U.S. 474, 486 (1935) ("The controlling distinction between the power of the court and that of the jury is that the former is the power to determine the law and the latter to determine the facts."). It would be improper a judge to determine this disputed factual issue and essentially rule on the case before it were to ever go before a trier of fact.

Furthermore, the case has already survived probable cause scrutiny by a magistrate judge. The alleged facts certainly meet the relatively low burden of probable cause required. Therefore, the Court sees no reason to dismiss this case.

## CONCLUSION

Decision and Order Denying Defendant's Motion to Dismiss
CM0194-21, *People of Guam v. Jesse Pua Villagomez, Jr.*
Page 2 of 3

For the reasons stated above, the Court **DENIES** Defendant's Motion. The case will not be dismissed.

**IT IS SO ORDERED** this _____November 16, 2021_____.

HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam

**SERVICE VIA EMAIL**

I acknowledge that an electronic copy of the original was e-mailed to:

AG, APD.

Date: 11/16/21  Time: 3:56pm

Antonio Cruz

Deputy Clerk, Superior Court of Guam

Decision and Order Denying Defendant's Motion to Dismiss
CM0194-21, *People of Guam v. Jesse Pua Villagomez, Jr.*
Page **3** of 3